IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON L. STEPHEN<br>TRUSTEE OF THE 905 CR 3821<br>LAND TRUST<br>    *Plaintiffs*,<br><br>v.<br><br>ROYAL PACIFIC FUNDING<br>CORPORATION, et al<br>    *Defendant(s)* | § § § § § § § § § § § | CIVIL ACTION NO. 5:22-cv-00389 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I served a copy of the Court's May 6, 2022, Order Setting Conference on Plaintiff's counsel as follows:

<u>Via Email: geoff.mayfield@gmail.com</u>
Geoffery Mayfield
Attorney at Law, P.C.
14603 Huebner Road
Building 32
San Antonio, Texas 78229
**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

By: _____
Damian W. Abreo
Texas Bar No. 24006728
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
dabreo@hwa.com (E-mail)

**ATTORNEY FOR DEENDANT, ROYAL
PACIFIC FUNDING CORPORATION**