IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON L. STEPHEN <br> TRUSTEE OF THE 905 CR 3821 <br> LAND TRUST <br> *Plaintiffs,* <br> <br> v. <br> <br> ROYAL PACIFIC FUNDING <br> CORPORATION, et al <br> *Defendant(s)* | § § § § § § § § § § § CIVIL ACTION NO. 5:22-cv-00389 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety. Each party shall bear its own costs and fees

Respectfully submitted,

**HUGHES WATTERS ASKANASE, LLP**

By: _____
Damian W. Abreo
Texas Bar No. 24006728
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
dabreo@hwa.com (E-mail)

**ATTORNEY FOR DEENDANT,**
**ROYAL PACIFIC FUNDING CORPORATION**

By: _Geoff Mayfield_
Geoffrey Mayfield
Texas Bar No. 24051011
14603 Huebner Road, Building 32

San Antonio, Texas 78229
(210) 535-0870 (Telephone)
(210) 525-8699 (Facsimile)
Geoff.mayfield@gmail.com (E-mail)

**ATTORNEY FOR PLAINTIFF,
SHANNON L. STEPHEN, TRUSTEE OF THE
905 CR 3821 LAND TRUST**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was forwarded to all parties and/or their attorneys of record, in accordance with the Federal Rules of Civil Procedure, on this the 30th day of June, 2022, addressed as follows:

*Via Efile and Email: geoff.mayfield@gmail.com*

Geoffery Mayfield
14603 Huebner Road, Bldg. 32
San Antonio, Texas 78229

**ATTORNEY FOR PLAINTIFF**

_____
Damian W. Abreo